**ZHEJIANG NATIVE PRODUCE and Animal By–Products Import & Export Group Corp., Jiangsu Kanghong Natural Health Foodstuffs Co., Ltd., and Anhui Honghui Foodstuff (Group) Co., Ltd., Plaintiffs–Appellants,**

v.

**UNITED STATES, Defendant–Appellee,**

and

**The American Honey Producers Association and The Sioux Honey Association, Defendants–Appellees.**

No. 2009–1522.

United States Court of Appeals, Federal Circuit.

Dec. 18, 2009.

Bruce M. Mitchell, Ned H. Marshak, Andrew T. Schutz, Grunfeld, Desiderio, Lebowitz, New York, NY, for Plaintiffs–Appellants.

Jane C. Dempsey, Joshua E. Kurland, Department of Justice, Washington, DC, for Defendant–Appellee, United States.

Michael J. Coursey, R. Alan Luberda, Kelley Drye & Warren, LLP, Washington, DC, for Defendants–Appellees, The American Honey Producers Association and The Sioux Honey Association.

ON MOTION

*ORDER*

Zhejiang Native produce et al. move without opposition to withdraw this appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.